# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELDENKRAIS GUILD OF NORTH AMERICA,** | CASE NO. 18-cv-02340-YGR |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| vs. | |
| **FRANK WILDMAN, ET AL.,** | |
| Defendants. | |

Based upon the discussion on the record with the parties on May 15, 2018, the Court **SETS** the following dates:

| | |
|---|---|
| ANSWER AND COUNTERCLAIMS TO BE FILED BY: | May 21, 2018 |
| RESPONSE TO ANY COUNTERCLAIMS TO BE FILED BY: | May 29, 2018 |
| PARTIES TO FILE JOINT DISCOVERY AND TRIAL PLAN BY: | June 4, 2018 |
| DISCOVERY CUTOFF: | July 31, 2018 (July 6, 2018 for written discovery and production of documents) |
| ALL PRETRIAL, DISPOSITIVE, AND *DAUBERT* MOTIONS[1] TO BE FILED BY: | August 6, 2018 |
| OPPOSITIONS TO PRETRIAL, DISPOSITIVE, AND *DAUBERT* MOTIONS | August 13, 2018 |
| JOINT PRETRIAL CONFERENCE STATEMENT AND FILINGS: | August 6, 2018 |
| PRETRIAL CONFERENCE: | Monday, August 20, 2018, at 1:00 p.m. |
| TRIAL DATE AND LENGTH: | August 27, 2018 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. To the extent that the parties seek to amend the deadlines therein in light of the expedited schedule, a proposal shall be included as part of the Discovery and Trial Plan due on June 4, 2018. The parties shall also advise the Court whether expert discovery is required and what deadlines, if any, should be ordered. Standing Orders are available on the Court's website: www.cand.uscourts.gov/ygrorders

**IT IS SO ORDERED.**

Dated: May 17, 2018

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE